# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Barbara Wagner  
Court Reporter:  Paul Zuckerman

Date: September 18, 2006

Criminal Action No. 06-cr-00039-MSK

*Parties*:

*Counsel Appearing*:

UNITED STATES OF AMERICA,

Peter Walsh

       Plaintiff,

v.

ALBERT LEROY LUCERO,

Matthew Golla

       Defendant.

## COURTROOM MINUTES

HEARING:   Law and Motion Hearing

**1:48 p.m.   Court in session**.

Defendant present in custody.

Discussion regarding the defendant's competency to proceed to sentencing.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Within ten days of today's date, the defendant through his counsel, will confer with the Jefferson County authorities and with the United States Marshal as to who is currently providing the defendant's medical care, and whether that person can and will promptly attend to Mr. Lucero to address his current symptoms.

**ORDER:**   The sentencing hearing set for **October 30, 2006 at 10:45 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado, **is VACATED.**

**ORDER:**   Motion to Determine Competency of the Defendant **(Doc #24) is granted in part and denied in part**; denied only as to the directive for a psychiatric or psychological examination and report at this time.

**ORDER:**   Defendant is remanded to the care and custody of the United States Marshal Service.

**2:05 p.m.   Court in recess.**

**Total Time:   17 minutes**
**Hearing concluded.**