UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00039-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALBERT LEROY LUCERO,

       Defendant.

## ORDER GRANTING MOTION FOR COMPETENCY EVALUATION, IN PART

**THIS MATTER** comes before the Court pursuant to the Defendant's Unopposed Motion for a Competency Evaluation and Order Pursuant to 18 U.S.C. § 4247(b) filed on September 28, 2006. The Defendant asks that psychiatrist Dr. Walter Torres be appointed to examine his competence pursuant to 18 U.S.C. §§ 4241 and 4247(c).

The motion does not specify a time-frame for conducting the evaluation. The Defendant's proposed order, however, contains the following language: "It is the Court's understanding that, given the difficulty of obtaining certain records, Dr. Torres will require 60 days, rather than the 45 days contemplated by 18 U.S.C. § 4247(b), to complete the examination and submit the report, and that the Defendant does not object to the additional time."

Pursuant to 18 U.S.C. § 4247(b), "the court may commit the person to be examined for a reasonable period, but not to exceed thirty days[.]" One 15-day extension of time is allowed upon an application and showing of good cause. The motion asserts no justification for a 60 day deadline for submission of the report. Therefore, the Court imposes the deadline authorized by

the statute.  Nothing in this Order precludes the parties from requesting further relief, if appropriate.

      **IT IS THEREFORE  ORDERED** that the Motion **(#28)** is **GRANTED**, **in part**. Pursuant to 18 U.S.C. § 4247(b), the Defendant shall be examined by Dr. Walter Torres, 3300 East First Avenue, Suite 590, Denver, Colorado.  Pursuant to 18 U.S.C. § 4247(c), Dr. Torres shall issue a report addressing the Defendant's competence to stand sentencing under 18 U.S.C. § 4241.  The report shall be submitted to the Court and counsel within 30 days of the date of this Order.

      **IT IS FURTHER ORDERED** that a competence hearing is set for **December 8, 2006 at 10:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

      Dated this 13th day of October, 2006

                            **BY THE COURT:**

                            *Marcia S. Krieger*
                            _____
                            Marcia S. Krieger
                            United States District Judge