UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00039-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALBERT LEROY LUCERO,

        Defendant.

## ORDER DENYING MOTION

THIS MATTER comes before the Court on the Government's Motion for Order Re: Defendant's Psychiatric Examination Feeds [sic] **(#32)**.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

Last September, the Defendant moved **(#28)** for the appointment of a psychiatrist to determine whether he is competent to stand sentencing.  Pursuant to 18 U.S.C. §§ 4247(c) and 4241, the Court appointed **(#29)** Dr. Walter Torres to conduct the examination.  Upon subsequent consideration of Dr. Torres' report, the Court determined that the Defendant is competent for purposes of sentencing, but ordered that the Defendant be re-examined by Dr. Torres prior to the sentencing hearing.

The Government asks **(#32)** that the Administrative Office of the United States Court ("the AO") be ordered to pay for the examination previously conducted by Dr. Torres.  It relies upon Department of Justice ("DOJ") Guidelines for the proposition that the AO, rather than the DOJ, should be required to pay for psychiatric examinations conducted for sentencing purposes.

Pursuant to Section A, Chapter III of the Guide to Judiciary Policies and Procedures, when the Court orders a psychiatric examination pursuant to 18 U.S.C. § 4241, as it did here, the DOJ is responsible for payment.

**IT IS THEREFORE ORDERED** that the Government's Motion for Order Re: Defendant's Psychiatric Examination Feeds [sic] **(#32)** is **DENIED**.

Dated this 29th day of January, 2007

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge