UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00039-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALBERT LEROY LUCERO,

       Defendant.

## ORDER

THIS MATTER is before the Court on Defendant Albert Lucero's Motion to Reset Sentencing Date (#35). The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#35) is GRANTED**. The sentencing currently set for March 26, 2007 at 9:15 a.m. is **VACATED** and **RESET** to **April 16, 2007 at 2:15 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado

Dated this 20th day of February, 2007

       BY THE COURT:

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge