UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00039-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALBERT LEROY LUCERO,

      Defendant.

## ORDER RESETTING SENTENCING

THIS MATTER comes before the Court *Sua Sponte*. Due to the scheduling of a criminal trial,

**IT IS ORDERED** that the Sentencing hearing scheduled to commence **April 16, 2007 is VACATED** and **RESET to April 24, 2007 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 12th day of April, 2007

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge