IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00039-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALBERT LEROY LUCERO,

       Defendant.

---

**ORDER QUASHING WARRANT AND TERMINATING SUPERVISED RELEASE**

---

       The Court having been notified by the Probation Officer that on July 22, 2009, the above-referenced defendant was declared deceased, it is, therefore,

       **ORDERED** that the warrant be quashed and the term of supervised release be terminated.

       DATED this 28th day of June, 2010.

                                 **BY THE COURT:**

                                 Marcia S. Krieger
                                 United States District Judge